# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00272-DDD-MEH

DAVID KATT, on behalf of himself and all others similarly situated,
Plaintiff,

v.

PENDLETON WOOLEN MILLS, INC.,

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, Ari H. Marcus on behalf of Plaintiff; and Parna A. Merhrbani and Andrew L.W. Peters, on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R.Civ. P. 41(A)(ii) to a dismissal, with prejudice, each party to pay its own costs and attorney fees, of this lawsuit. By the filing of this Stipulation the above civil action is deemed resolved and the case closed.

1872275.2

Respectfully submitted this 8th day of June, 2020.

<u>/s/ *Ari Hillel Marcus*</u>
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF


<u>/s/ *Parna A. Mehrbani*</u>
Parna A. Mehrbani
Tonkon Torp LLP
888 Southwest 5th Avenue
Suite 1600
Portland, OR 97204
Parna.mehrbani@tonkon.com
ATTORNEY FOR DEFENDANT

<u>/s/ *Andrew L.W. Peters*</u>
Andrew L.W. Peters
Otten Johnson Robinson Neff + Ragonetti, P.C.
950 17th Street
Suite 1600
Denver, CO 80207
apeters@ottenjohnson.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of June, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Parna A. Mehrbani
Parna.mehrbani@tonkon.com

Andrew L.W. Peters
apeters@ottenjohnson.com

                                                        /s/ *Ari H. Marcus*